WILSON LOSURE v. BAITY THOMPSON.

FILED JUNE 19, 1895. No. 6138.

Review: MOTION FOR NEW TRIAL: SUFFICIENCY OF EVIDENCE.
In order to review by petition in error the sufficiency of the evidence to support the judgment, a motion for a new trial assigning such ground must be filed in the court below, and its ruling obtained thereon.

ERROR from the district court of Knox county.  Tried below before ALLEN, J.

*O. W. Rice* and *W. L. Henderson*, for plaintiff in error.

*J. H. Berryman, contra.*

NORVAL, C. J.

This is an action for malicious prosecution. The record in this case is identical with that in *Losure v. Miller*, 45 Neb., 465, and for the reason therein stated the judgment is

AFFIRMED.